**E-FILED**
Tuesday, 01 June, 2010  01:10:34 PM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| EILEEN MCKENNA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:10-cv-01089-JBM-JAG |
| B & T FINANCIAL SERVICES, LLC, | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiffs, EILEEN MCKENNA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next 30 days.

Plaintiffs therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn_____
Adam J. Krohn, Esq.
Attorneys for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
Phone: (323) 988-2400 ext 222
Fax: (866) 870-0941
E-Mail: akrohn@consumerlawcenter.com

1:10-cv-01089-JBM-JAG   # 8   Page 2 of 2